UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CP SHIPS USA LLC and CP SHIPS LIMITED.,

      Plaintiff(s),

-against-

UTC OVERSEAS a/k/a UTC OVERSEAS, INC.,

      Defendant(s).

---

JUDGE STANTON

07 CV _____  07 CIV 8355

RULE 7.1 STATEMENT



RECEIVED SEP 25 2007 U.S.D.C. S.D.N.Y. CASHIERS

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiffs, CP SHIPS USA LLC and CP SHIPS LIMITED, (collectively "CP SHIPS"), certifies that TUI GROUP and HAPAG-LLOYD are corporate parents, subsidiaries, and/or affiliates of Plaintiffs.

Dated: New York, New York

    September 21, 2007

                      MAHONEY & KEANE, LLP
                      Attorneys for Plaintiffs
                      CP SHIPS USA LLC and CP SHIPS LIMITED

By: _____
                      Jorge A. Rodriguez (JR 2162)
                      111 Broadway, Tenth Floor
                      New York, New York 10006
                      Tel (212) 385-1422
                      Fax (212) 385-1605
                      Our File No. 12/3471/B/07/9

- 2 -

<u>SERVICE LIST</u>

UTC OVERSEAS a/k/a
UTC OVERSEAS, INC.
476 Broadway, Suite 5001
New York, NY 10001

UTC OVERSEAS a/k/a
UTC OVERSEAS, INC.
100 Lighting Way, Suite 4000
Secaucus, NJ 07094

UTC OVERSEAS a/k/a
UTC OVERSEAS, INC.
114 Seaview Drive
Secaucus, NJ 07094