AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, AND COMPLAINT** |
| EFFECTED (1) BY ME: | **MARK SACRIPANTI** |
| TITLE: | **PROCESS SERVER**   DATE: **10/01/2007  04:03PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

UTC OVERSEAS A/K/A UTC OVERSEAS INC.

Place where served:

100 LIGHTING WAY  SUITE 4000 SECAUCUS NJ 07094

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SABINA CLEMTI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F    AGE: 36-50    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____        SERVICES $ _____ . ____        TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 01 / 20 07    _____ L.S.
SIGNATURE OF MARK SACRIPANTI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ, ESQ. |
| PLAINTIFF: | CP SHIPS USA LLC, ET AL |
| DEFENDANT: | UTC OVERSEAS A/K/A UTC OVERSEAS INC. |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 07 CIV 8355 |

10/01/07
JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, AND COMPLAINT |
| EFFECTED (1) BY ME: | MARK SACRIPANTI |
| TITLE: | PROCESS SERVER    DATE: **10/01/2007  04:01PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

UTC OVERSEAS A/K/A UTC OVERSEAS INC.

Place where served:

100 LIGHTING WAY SECAUCUS NJ 07094

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SABINA CLEMTI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ .____    SERVICES $ _____ .____    TOTAL $ _____ .____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 02 20 07    _____ L.S.
SIGNATURE OF MARK SACRIPANTI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/02/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ, ESQ. |
| PLAINTIFF: | CP SHIPS USA LLC, ET AL |
| DEFENDANT: | UTC OVERSEAS A/K/A UTC OVERSEAS INC. |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 07 CIV 8355 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.