ORIGINAL

*STIPULATION*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
Tel: (212) 826-6800
Fax: (212) 949-6162
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CP SHIPS USA LLC and CP SHIPS
LIMITED,

                          Plaintiffs,

          -against-

UTC OVERSEAS a/k/a UTC OVERSEAS
INC.,

                          Defendant.
-------------------------------------------------------x

Docket No. 07-Civ-8355 (LLS)

**STIPULATION AND ORDER**

          IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

attorneys for all parties to this action that:

          1.    Defendant UTC Overseas, Inc. ("UTCO") appears in this action by Venturini &

Associates and acknowledges receipt of the summons and complaint.

          2.    The deadline for UTCO to respond to the complaint is hereby adjourned to and

including November 21, 2007, and UTCO hereby waives any and all defenses in this action

based upon alleged improper service of process.

1

3.    A facsimile copy of this signed Stipulation And Order by the undersigned is

deemed to be acceptable as a substitute for the original signatures.

Dated:  New York, New York
        October 19, 2007

MAHONEY & KEANE, LLP                       VENTURINI & ASSOCIATES

By:                                        By:
    Jorge A. Rodriguez (JR 2162)               August C. Venturini (AV 2804)
Attorneys for Plaintiffs                        Sean W. Higgins (SH 4190)
111 Broadway, 10th Fl.                     Attorneys for Defendant
New York, NY 10003                         230 Park Avenue, Suite 545
(212) 385-1422                             New York, NY 10169
                                           (212) 826-6800

SO ORDERED:

_____
HON. LOUIS L. STANTON, U.S.D.J.

10/19/07

2