VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
Tel: (212) 826-6800
Fax: (212) 949-6162
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CP SHIPS USA LLC and CP SHIPS LIMITED,

            Plaintiffs,

  -against-

UTC OVERSEAS a/k/a UTC OVERSEAS INC.,

            Defendant.
-------------------------------------------------------------x

Docket No. 07-Civ-8355 (LS)

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT UTC OVERSEAS, INC.**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant UTC Overseas, Inc. ("UTCO"), a non-governmental corporate party, certifies that UTCO is not a public corporation, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 21, 2007

                                      VENTURINI & ASSOCIATES

                                      By: s/ August C. Venturini
                                          August C. Venturini (AV 2804)
                                          Sean W. Higgins (SH 4190)
                                      Attorneys for Defendant
                                      UTC Overseas, Inc.
                                      230 Park Avenue, Suite 545
                                      New York, New York 10169
                                      (212) 826-6800