ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

CP SHIPS USA LLC and CP SHIPS LIMITED,

       Plaintiffs,                  **ORDER**

    -against-                  07 civ. 8355 (LLS)

UTC OVERSEAS a/k/a UTC OVERSEAS INC.,

       Defendant.
- - - - - - - - - - - - - - - - - - - -X

    It having been reported to the Court that this action is settled, it is

    ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the Court's calendar.

Dated: New York, NY
       January 31, 2008

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                           U. S. D. J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08